```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

FERNESSA MCCONICO,           }
                             }
     Plaintiff,              }
                             }     CIVIL ACTION NO.
v.                           }     10-AR-0328-S
                             }
THE CITY OF LEEDS, ALABAMA,  }
                             }
     Defendant.              }
                             }
```

**<u>MEMORANDUM OPINION</u>**

Before the court is the motion of plaintiff, Fernessa McConico ("McConico"), to dismiss her above-entitled action without prejudice. As grounds, McConico explains that she has recently been indicted on charges relating to the instant action, so that proceeding with this case would occasion a forfeiture of her Fifth Amendment privilege. As explained in this judge's law review article, *United States v. Handley: A New Direction in Fifth Amendment Jurisprudence, or an Aberration?*, 44 Ala. L. Rev. 143 (1992), dismissal without prejudice is appropriate when a plaintiff in a civil lawsuit desires to protect her rights against self-incrimination. The court finds that a dismissal without prejudice is appropriate under these circumstances, and will do so by separate order.

DONE this 23rd day of June, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE